FILED

FEB 2 6 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:14CR00052 JAR/NAB** |
| v. ) | |
| ) | |
| LAURA GIAIMO, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury further charges:

On or about September 5, 2012, in the Eastern District of Missouri, the defendant,

**LAURA GIAIMO,**

in a matter affecting interstate commerce, knowingly transferred and used, without lawful authority, the means of identification of another, that being the name, social security account number, and date of birth of A.M.G., with the intent to commit, and in connection to the crimes of: mail fraud, Title 18, United States Code, Section 1343; access device fraud, Title 18, United States Code, Section 1029(a)(2); social security fraud, Title 42, United States Code, Section 408; and, wire fraud, Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1028(a)(7) and 2.

## COUNTS TWO THROUGH FOUR

The Grand Jury further charges that:

On or about the dates listed below, within the Eastern District of Missouri,

**LAURA GIAIMO,**

the defendant herein, did embezzle, steal, purloin, or knowingly convert to her use money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: government funds in the amounts listed below:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 2 | March 13, 2013 | $1,596.00 |
| 3 | April 10, 2013 | $1,596.00 |
| 4 | May 8, 2013 | $1,596.00 |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney

2